UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANSBERTO FERNANDEZ GONZALEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UR M. JADDOU, DIRECTOR, UNITED )<br>STATES CITIZENSHIP AND IMMIGRATION )<br>SERVICES; and UNITED STATES )<br>CITIZENSHIP AND IMMIGRATION )<br>SERVICE, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:18-CV-135-BO** |
| VILMA OLIVARES SALGUERO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UR M. JADDOU, DIRECTOR, UNITED )<br>STATES CITIZENSHIP AND IMMIGRATION )<br>SERVICES; and UNITED STATES )<br>CITIZENSHIP AND IMMIGRATION )<br>SERVICE, )<br>)<br>Defendants. ) | **CASE NO. 7:18-CV-136-BO** |
| CAMELIA GUERRERO ANTONIO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UR M. JADDOU, DIRECTOR, UNITED )<br>STATES CITIZENSHIP AND IMMIGRATION )<br>SERVICES; and UNITED STATES )<br>CITIZENSHIP AND IMMIGRATION )<br>SERVICE, )<br>)<br>Defendants. ) | **CASE NO. 4:18-CV-131-BO** |

| | |
|---|---|
| MARIA ELENA MALDONADO JUAREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **CASE NO. 4:18-CV-132-BO** |
| UR M. JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that, on August 18, 2021, the court DISMISSED AS MOOT the claims by plaintiffs Gonzalez, Salguero, and Juarez.

IT IS FURTHER ORDERED, AND DECREED that, on September 14, 2021, the court granted the Motion to Dismiss and DISMISSED with prejudice the Amended Complaint as to Plaintiff Camelia Guerrero Antonio and her derivative beneficiary, Plaintiff Jacinto Perez Acosta.

**This Judgment Filed and Entered on September 20, 2021, and Copies To:**

| | |
|---|---|
| Bradley B. Banias | (via CM/ECF electronic notification) |
| Georgeanna Marie Gardner | (via CM/ECF electronic notification) |
| Lori B. Warlick | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| September 20, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |